IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 22 1997

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| D. I. CHANCE, ET AL., | § |
| Plaintiffs, | § |
| VS. | § C. A. NO. G-92-232 |
| PHILLIPS PETROLEUM COMPANY, ET AL. | § |
| Defendants. | § |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DEE I. CHANCE, ET AL., | § |
| Plaintiffs, | § |
| VS. | § C. A. NO. G-97-282 |
| CHEMICAL PLANT SERVICES, ET AL. | § |
| Defendants. | § |

## ORDER GRANTING CONSOLIDATION

The Court considered the motion of Phillips Petroleum Company, Phillips Petroleum Company d/b/a Sweeney Refinery and Petrochemical Complex, and Phillips 66 Company, for consolidation and decided to grant the motion.

It is therefore ORDERED that Cause No. G-97-282 is consolidated with Cause No. G-92-232, so that the consolidated cause will be Cause No. G-97-282.

0845660

*Counsel shall note the proper cause number and use it in all further pleadings!*

SIGNED this \_\_18th\_\_ day of \_\_September\_\_, 1997.

_____
JUDGE PRESIDING