IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| D.I. CHANCE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL NO. G-97-282 |
| | § | |
| PHILLIPS PETROLEUM COMPANY, | § | |
| ET AL. | § | |

**FINAL JUDGMENT**

Having accepted the Findings of the United States Magistrate Judge, acting as Master pursuant to Rule 53 of the Federal Rules of Civil Procedure, the Court now issues this Final Judgement.

It is **ORDERED** and **ADJUDGED** that Plaintiff, **John Damon, III, RECOVER** of Defendant, Phillips Petroleum Company, the sum of **$2,501.00** with pre-judgment interest thereon at the rate of **10%** per annum as provided by Texas law and post-judgment interest at the rate of **3.33%** until paid.

It is further **ORDERED** and **ADJUDGED** that Plaintiff, **Ludwell S. Taylor, RECOVER** of Defendant, Phillips Petroleum Company, the sum of **$1,000.00** with pre-judgment interest thereon at the rate of **10%** per annum as provided by Texas law and post-judgment interest at the rate of **3.33%** until paid.

It is further **ORDERED** and **ADJUDGED** that Plaintiffs, **Franky Joe LeMaster and Billie Wayne LeMaster, RECOVER** of Defendant, Phillips Petroleum Company, jointly and severally the sum of **$1.00** and **RECOVER** each, individually, the sum of **$3,500.00,** all with pre-judgment interest thereon at the rate of **10%** per annum as provided by Texas law and post-judgment interest at the rate

of **3.33%** until paid.

It is further **ORDERED** and **ADJUDGED** that Plaintiffs, **D.I. Chance, III, Arthur Chance, Vanessa Tolbert, Joice Lance Tolbert, Wanda Lynn Arnold, Tony Weeks, Cynthia K. Parrish, Leslie Herbert Parrish, Jr., David E. Wiggins, Andra Woodard Taylor, Freddie Louis Bonner, Delores Helms, Elijah W. James, Matilda Ann James, Ludwell Z. Taylor, J. Chance** take nothing and that their causes of action be **DISMISSED** on the merits.

It is further **ORDERED** and **ADJUDGED** that all costs **SHALL** be borne by the Party incurring same.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 10th day of May, 2005.

_____
Samuel B. Kent
United States District Judge